**Antonio COLBERT, Appellant**

v.

**PRE–PAID LEGAL INCORPORATED, Appellee.**

No. 10–7115.

United States Court of Appeals, District of Columbia Circuit.

Jan. 25, 2011.

Antonio Colbert, Washington, DC, pro se.

BEFORE: SENTELLE, Chief Judge, and GARLAND and BROWN, Circuit Judges.

## *JUDGMENT*

PER CURIAM.

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief filed by the appellant. *See* Fed. R.App. P. 34(a)(2); D.C.Cir. Rule 34(j). It is

**ORDERED AND ADJUDGED** that the district court's order issued August 25, 2010, be affirmed. The district court did not abuse its discretion in dismissing the appellant's complaint without prejudice for failure to comply with Fed.R.Civ.P. 8(a), which requires "a short and plain statement of the claim showing that the pleader is entitled to relief." *See Ciralsky v. CIA,* 355 F.3d 661, 668–71 (D.C.Cir.2004).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. *See* Fed. R.App. P. 41(b); D.C.Cir. Rule 41.